**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.:  18-19121-BKC-RAM |
| 1 GLOBAL CAPITAL LLC, *et. al.*,[1] | CHAPTER 11 |
| | |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |
| | |
| RAPID FINANCIAL SERVICES, LLC, | |
| | |
| Plaintiff, | ADV. CASE NO.: 19-01636-RAM |
| | |
| v. | |
| | |
| HILLSBOROUGH RIVER PHARMACY, INC., | |
| and AMBROSE CHUKWUEKE, | |
| | |
| Defendants. | |
| _____/ | |

**JOINT STIPULATION OF DISMISSAL**
**OF ADVERSARY PROCEEDING**

Plaintiff, Rapid Financial Services, LLC (the "Plaintiff"), and Defendants, Hillsborough River

Pharmacy, Inc. and Ambrose Chukwueke (the "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7041 of the Federal

Rules of Bankruptcy Procedure, stipulate to the dismissal of this proceeding, with each party bearing its

own attorneys' fees, costs, and expenses (the "Stipulation").

Pursuant to this Stipulation, the referenced Parties request that the Court enter an order of

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, d/b/a 1 GC Collections, c/o Development Specialists, Inc.: 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, FL 33009 (9517); and 1 West Capital LLC, d/b/a 1 West Collections, c/o Development Specialists, Inc.: 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, FL 33009 (1711). On February 19, 2019, the Debtors registered the fictitious names "1 GC Collections" and "1 West Collections" with the Florida Department of State.

dismissal in the form attached hereto as **Exhibit A**.

| | |
|---|---|
| DATED: March 30, 2021 | DATED: March 30, 2021 |
| **Markowitz Ringel Trusty & Hartog, P.A.** | **Kaniuk Law Office, P.A.** |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendants* |
| 9130 South Dadeland Blvd, Suite 1800 | 1615 S. Congress Avenue, Suite 103 |
| Miami, Florida 33156 | Delray Beach, Florida 33445 |
| Tel: (305) 670-5000 | Tel: (561) 292-2127 |
| Fax: (305) 670-5011 | |

By: /s/ *Alan R. Rosenberg*                     By: /s/ *Ronald Scott Kaniuk\**

     Alan R. Rosenberg                         Ronald Scott Kaniuk

     Fla. Bar No. 92004                         Fla. Bar No. 0112240

     Email arosenberg@mrthlaw.com         Email ron@kaniuklawoffice.com

                                           *electronically signed with permission

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record or pro se parties identified on the following Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on March 30, 2021.

*/s/ Alan R. Rosenberg*
Alan R. Rosenberg

**Service List**

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ronald S Kaniuk**    ron@kaniuklawoffice.com
- **Alan R Rosenberg**    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                              CASE NO.:  18-19121-BKC-RAM
1 GLOBAL CAPITAL LLC, *et. al.*,                  CHAPTER 11

                                                                   (Jointly Administered)

        Debtors.
_____/

RAPID FINANCIAL SERVICES, LLC,

        Plaintiff,                                                 ADV. CASE NO.: 19-01636-RAM

v.

HILLSBOROUGH RIVER PHARMACY, INC.,
and AMBROSE CHUKWUEKE,

        Defendants.
_____/

**ORDER DISMISSING ADVERSARY PROCEEDING**

        THIS MATTER came before the Court on the Parties' *Joint Stipulation of Dismissal of Adversary*

4

*Proceeding* [ECF No. _____] (the "Stipulation"). The Court, having been informed of the Parties'

agreement to the dismissal of this adversary proceeding, **ORDERS** as follows:

      1.      The adversary proceeding is dismissed, with each party to bear their own attorneys' fees

and costs.

# # #

**Submitted by:**
Alan R. Rosenberg, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to the Plaintiff*
9130 South Dadeland Blvd., Suite 1800
Miami, Florida 33156
Tel: (305) 670-5000

**Copies to:**
Alan R. Rosenberg, Esq.
*(Attorney Rosenberg is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*